## STATE OF CONNECTICUT *v.* CARLOS RIVERA (AC 16055)

O'Connell, C. J., and Lavery and Daly, Js.

Argued December 4—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* BOBBY WILSON (AC 16609)

Landau, Schaller and Daly, Js.

Argued December 4—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

## ANDREW J. BOBKOWICZ *v.* LUNN INDUSTRIES, INC., ET AL. (AC 16069) (AC 16165)

O'Connell, C. J., and Foti and Hennessy, Js.

Argued December 2—officially released December 23, 1997

Per Curiam. The judgment is affirmed.